```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


RAYMOND BROWN, SR. &                      CIVIL ACTION
INDIVIDUALLY AND ON BEHALF
OF HIS MINOR, RAYMOND BROWN, JR.

VERSUS                                    NO. 10-4461


GARY OTIS, JR., ET AL.                    SECTION  "N" (3)
```

### ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed and served eight days prior to the noticed submission date.  No memorandum in opposition to the "Rule 12(B) Motion to Dismiss for Lack of Jurisdiction of Person of Defendant or to Quash Return for Insufficiency of Service of Process" (Rec. Doc. 7), set for hearing on February 23, 2011, was filed.  Further, it appears to the Court that this motion has merit.  Accordingly,

**IT IS ORDERED** that the "Rule 12(B) Motion to Dismiss for Lack of Jurisdiction of Person of Defendant or to Quash Return for Insufficiency of Service of Process" (Rec. Doc. 7) should be and is hereby **GRANTED**.  Thus, Defendant ATC Transport, LLC is hereby

**DISMISSED** from this action without prejudice, at Plaintiff's costs.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 24th day of February, 2011.

_____
KURT D. ENGELHARDT
United States District Judge

2